IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 2 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   No. |
| | § |
| MARK A. SMITH | §   705-CR-008-R |

## INDICTMENT

The Grand Jury Charges:

### COUNT 1
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about November 5, 2004, in the Wichita Falls Division of the Northern District of Texas, defendant, **Mark A. Smith**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting commerce a firearm, to wit: a Bersa, Model Thunder 380, .380 caliber semi-automatic pistol, bearing an obliterated serial number, which had previously been shipped and transported in interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT 2
### Possession of a Firearm with an Obliterated Serial Number
### (Violation of 18 U.S.C. §§ 922(k) and 924(a)(1)(B))

On or about November 5, 2004, in the Wichita Falls Division of the Northern District of Texas, defendant, **Mark A. Smith,** did knowingly possess a firearm, to wit: a Bersa, Model Thunder 380, .380 caliber semi-automatic pistol, from which the manufacturer's serial number had been obliterated and had previously been shipped and transported in interstate commerce.

In violation of 18 U.S.C. §§ 922(k) and 924(a)(1)(B).

A TRUE BILL.

RICHARD B. ROPER
UNITED STATES ATTORNEY


_____
JORDAN A. KONIG
Special Assistant United States Attorney
New York Bar No. 4047122 (JK-2086)
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8708
Facsimile: 214.767.4100